UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRINIA

**FILED**

MAY 1 8 2026

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

DIANA MEY,

Plaintiff,

v.                                                              Civil Action No. 5:26-cv-95

HEADSTART WARRANTY GROUP, LLC, and

AIM AI LLC d/b/a SAFEGUARD MY CAR LLC,

Defendants.

### PLAINTIFF'S DECLARATION AND PROOF OF SERVICE

I, Diana Mey, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the Plaintiff in the above-captioned civil action.

2.  On or about May 1, 2026, I deposited true and correct copies of the following documents and sent them via the United States Postal Service Certified Mail to the registered agents for service of process for each Defendant:

a. Summons issued by the Clerk of Court; and

b. Complaint filed in this action.

3.  Service upon Defendant Headstart Warranty Group, LLC was directed to its registered agent for service of process at the following address:

HEADSTART WARRANTY GROUP, LLC
c/o REGISTERED AGENTS, INC., Registered Agent
110 MAIN STREET
BECKLEY, WV  25801

4.  Service upon Defendant AIM AI LLC d/b/a Safeguard My Car LLC was directed to its registered agent for service of process at the following address:

AIM AI LLC D/B/A SAFEGUARD MY CAR LLC
c/o REGISTERED AGENTS INC., Registered Agent
7901 4th STREET N; SUITE 300
ST. PETERSBURG FL  33702

5.  Plaintiff prepared the certified mailings and transmitted them through the online mailing service CertifiedMailLabels.com utilizing United States Postal Service Certified Mail.

6. Plaintiff received notification and delivery confirmation indicating that service was effectuated upon the registered agents for Defendants.

7. Attached hereto are true and correct copies of the delivery confirmations, tracking records, and related service documentation.

8. Plaintiff files this declaration as proof of service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May, 2026.

Diana Mey     May 18, 2026

Diana Mey
Plaintiff, Pro Se
14 Applewood Drive
Wheeling WV  26003
304-280-1607
diana_mey@comcast.net