## Electronic Delivery Confirmation™



Diana Mey
14 APPLEWOOD DR
WHEELING WV 26003-5019

$6.62    US POSTAGE
FIRST-CLASS IMI
May 01 2026
Mailed from ZIP 26003
3 OZ FIRST-CLASS MAIL LETTER RATE
ZONE 5
11923275



063S0010282495

**USPS CERTIFIED MAIL**

9407 1118 9876 5524 0146 20

AIM AI LLC d/b/a SAFEGUARD MY CAR LLC
c/o REGISTERED AGENTS INC.
7901 4TH ST N STE 300
ST PETERSBURG FL 33702-4399

| | |
|---|---|
| Reference | Summons and Complaint |
| USPS # | 9407111898765524014620 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 11:34 am on May 11, 2026 in SAINT PETERSBURG, FL 33702. |
| USPS History | Delivered, Left with Individual, SAINT PETERSBURG, FL 33702, May 11, 2026, 11:34 am |
| | Redelivery Scheduled for Next Business Day, SAINT PETERSBURG, FL 33702, May 9, 2026, 9:27 am |
| | Arrived at USPS Facility, SARASOTA FL DISTRIBUTION CENTER, May 8, 2026, 2:07 pm |
| | Arrived at USPS Facility, PITTSBURGH PA DISTRIBUTION CENTER, May 4, 2026, 7:11 pm |
| | Departed Post Office, WHEELING, WV 26003, May 1, 2026, 5:05 pm |
| | USPS in possession of item, WHEELING, WV 26003, May 1, 2026, 4:27 pm |
| | Shipping Label Created, WHEELING, WV 26003, May 1, 2026, 3:07 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/12/2026 (UTC)**

# USPS Tracking®

FAQs >

Tracking Number:                                                        Remove ✕

## 9407111898765524014620

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:34 am on May 11, 2026 in SAINT PETERSBURG, FL 33702.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SAINT PETERSBURG, FL 33702
May 11, 2026, 11:34 am

**Redelivery Scheduled for Next Business Day**
SAINT PETERSBURG, FL 33702
May 9, 2026, 9:27 am

**Arrived at USPS Regional Destination Facility**
SARASOTA FL DISTRIBUTION CENTER
May 8, 2026, 2:07 pm

**In Transit to Next Facility**
May 7, 2026

**Departed USPS Regional Facility**
PITTSBURGH PA DISTRIBUTION CENTER
May 4, 2026, 7:33 pm

**Arrived at USPS Regional Origin Facility**

Feedback

PITTSBURGH PA DISTRIBUTION CENTER
May 4, 2026, 7:11 pm

**Departed Post Office**

WHEELING, WV 26003
May 1, 2026, 5:01 pm

**USPS in possession of item**

WHEELING, WV 26003
May 1, 2026, 4:27 pm

**Shipping Label Created, USPS Awaiting Item**

WHEELING, WV 26003
May 1, 2026, 3:07 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                            ⌄

**USPS Tracking Plus®**                                             ⌄

**Product Information**                                             ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**2026  FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M21000008378

**Entity Name:** SAFEGUARD MY CAR, LLC

**FILED**
**Feb 17, 2026**
**Secretary of State**
**0252570471CC**

**Current Principal  Place of Business:**

7901 4TH ST N
STE 300
ST. PETERSBURG, FL  33702

**Current Mailing Address:**

7901 4TH ST N
STE 300
ST. PETERSBURG, FL  33702  US

**FEI Number:** 86-2644696

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC
7901 4TH ST N
STE 300
ST. PETERSBURG, FL  33702  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  DAVID ROBERTS                                                                02/17/2026

Electronic Signature of Registered Agent                                               Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AUTHORIZED MEMBER |
| Name | SHIN, JUNE |
| Address | 9647 HALEDON AVE |
| City-State-Zip: | DOWNEY  CA  90240 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JUNE SHIN                                        MEMBER                  02/17/2026

Electronic Signature of Signing Authorized Person(s) Detail                         Date