## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Diana Mey
14 APPLEWOOD DR
WHEELING WV 26003-5019

$6.62    US POSTAGE
FIRST-CLASS IMI
May 01 2026
Mailed from ZIP 26003
3 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 3
11923275

063S0010282493

**USPS CERTIFIED MAIL**

9407 1118 9876 5524 0152 52

HEAD START WARRANTY GROUP LLC
c/o REGISTERED AGENTS INC.
110 MAIN ST
BECKLEY WV 25801-4611

| | |
|---|---|
| Reference | HEAD START SUMMONS AND COMPLAINT |
| USPS # | 9407111898765524015252 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 2:15 pm on May 11, 2026 in BECKLEY, WV 25801. |
| USPS History | Delivered, Front Desk/Reception/Mail Room, BECKLEY, WV 25801, May 11, 2026, 2:15 pm |
| | Arrived at USPS Facility, CHARLESTON WV PROCESSING CENTER, May 8, 2026, 9:09 am |
| | Arrived at USPS Facility, PITTSBURGH PA DISTRIBUTION CENTER, May 5, 2026, 1:12 pm |
| | USPS in possession of item, WHEELING, WV 26003, May 1, 2026, 4:27 pm |
| | Shipping Label Created, WHEELING, WV 26003, May 1, 2026, 3:10 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**

Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.

Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.

**Date Verified: 05/12/2026 (UTC)**

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 94071118987655524015252

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:15 pm on May 11, 2026 in BECKLEY, WV 25801.

---

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**

BECKLEY, WV 25801
May 11, 2026, 2:15 pm

**In Transit to Next Facility**

May 10, 2026

**Arrived at USPS Regional Destination Facility**

CHARLESTON WV PROCESSING CENTER
May 8, 2026, 9:09 am

**Departed USPS Regional Facility**

PITTSBURGH PA DISTRIBUTION CENTER
May 5, 2026, 7:32 pm

**Arrived at USPS Regional Origin Facility**

PITTSBURGH PA DISTRIBUTION CENTER
May 5, 2026, 1:12 pm

**Departed Post Office**

Feedback

WHEELING, WV 26003
May 1, 2026, 5:01 pm

**USPS in possession of item**

WHEELING, WV 26003
May 1, 2026, 4:27 pm

**Shipping Label Created, USPS Awaiting Item**

WHEELING, WV 26003
May 1, 2026, 3:10 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                ∨

---

**USPS Tracking Plus®**                                                 ∨

---

**Product Information**                                                 ∨

---

See Less ∧

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |

## Addresses

| Type | Address |
|---|---|
| Designated Office Address | 14114 N DALLAS PARKWAY<br>SUITE 600<br>DALLAS, TX, 75254 |
| Notice of Process Address | REGISTERED AGENTS INC.<br>110 MAIN ST<br>BECKLEY, WV, 25801 |
| Principal Office Address | 14114 N DALLAS PARKWAY<br>SUITE 600<br>DALLAS, TX, 75254<br>USA |
| Principal Office Mailing Address | 26610 WOODPECKER TRAIL<br>SPICEWOOD, TX, 78669<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Member | TIM SCHUUR<br>14114 N DALLAS PARKWAY<br>SUITE 600<br>DALLAS, TX, 75254 |
| Type | Name/Address |

## Annual Reports

| Filed For |
|---|
| 2025 |
| 2024 |
| 2023 |
| 2022 |
| 2021 |
| Date filed |

File Your Current Year Annual Report Online Here

For more information, please contact the Secretary of State's Office at 304-558-8000.

Saturday, May 16, 2026 — 12:11 PM

© 2026 State of West Virginia

© 2026 State of West Virginia