UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

Diana Mey,

       Plaintiff,

v.                                       Civil Action No. 5:26-cv-95

Headstart Warranty Group, LLC, and
AIM AI LLC d/b/a Safeguard My Car LLC,

       Defendants.

**CLERK'S ENTRY OF DEFAULT AGAINST HEADSTART WARRANTY GROUP, LLC**

On this 4th day of June 2026, the court records in the above-styled action indicates that the Complaint was filed on May 1, 2026. It was served upon Defendant Headstart Warranty Group, LLC on May 11, 2026. Defendant Headstart Warranty Group, LLC has failed to respond within the time provided by the Federal Rules of Civil Procedure and the Plaintiff has filed with the Court a Request for Entry of Default by the Clerk. Therefore, pursuant to FED. R. CIV. P. 55(a), **DEFAULT** is entered against Defendant Headstart Warranty Group, LLC for failure to file a response within the time provided by the Federal Rules of Civil Procedure.

       DATED: June 4, 2026

                                    STEPHANIE HAINER OJEDA,
                                    CLERK, U.S. DISTRICT COURT

                                    By: /s/ *L.M. Murphy*
                                      Courtroom Deputy