

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

HEADSTART WARRANTY GROUP, LLC
c/o REGISTERED AGENTS INC, Registered Agent
110 MAIN STREET
BECKLEY WV 25801          6-4-26
5:26-cv-95 Docs.9 & 11

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions