

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

Diana Mey
14 Applewood Drive
Wheeling, WV 26003
5:26-cv-95 Docs. 9, 10 & 11

6·4·26

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2591 4515 3E