**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY,**

        Plaintiff,

     v.                                 **CIV. ACT. NO. 5:26-CV-95**
                                               Judge Bailey

**HEADSTART WARRANTY GROUP, LLC,** and
**AIM AI LLC** d/b/a Safeguard My Car, LLC,

        Defendants.

## <u>ORDER</u>

Pending before this Court is a Joint Stipulation to Vacate Default and Extend Time to File Responsive Pleading to Plaintiff's Complaint [Doc. 12], which this Court hereby construes as a joint Motion.  Therein, the plaintiff and defendant Headstart Warranty Group, LLC ("Headstart") ask this Court to vacate the entry of default against Headstart, previously entered by the Clerk at the plaintiff's request after both defendants failed to file a timely response to the Complaint. [Doc. 11].  The Stipulation indicates that plaintiff does not oppose setting aside the entry of default and provides that Headstart expressly preserves its right to assert any available defenses in response to the Complaint, including personal jurisdiction. [Doc. 12 at ¶ 8].

In light of the above, this Court finds good cause to set aside the entry of default under Rule 55(c) of the Federal Rules of Civil Procedure.  The Joint Stipulation/Motion **[Doc. 12]** is **GRANTED**.  The Clerk's Entry of Default as to defendant Headstart Warranty Group, LLC **[Doc. 11]**, is hereby **VACATED**.  Defendant Headstart shall file an answer or

otherwise respond to the Complaint on or before **June 26, 2026**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all parties who have appeared in this matter.  Because counsel for defendant has not yet entered an official appearance in this matter, the plaintiff is **DIRECTED** to provide notice of this Order to counsel for defendant Headstart within **twenty-four (24) hours**.

**DATED:** June **11**, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE