

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece,

HEADSTART WARRANTY GROUP, LLC
c/o REGISTERED AGENTS INC, Registered Agent
110 MAIN STREET
BECKLEY WV 25801
5:26-cv-95 Docs.9 & 11

9590 9402 9370 5002 6341 82

2. Article Number (Transfer from service label)

9589 0710 5270 2591 4515 41

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Registered Agent*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Registered Agent

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FILED
JUN 1 2 2026
U.S. DISTRICT COURT- WVND
WHEELING WV 26003

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt