IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINI
WHEELING DIVISION

**FILED**

DIANA MEY,

JUN 3 0 2026

Plaintiff,

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

v.                                           Civil Action No. 5:26-cv-95-JPB

Headstart Warranty Group LLC,
and
AIM AI LLC d/b/a Safeguard My Car, LLC

Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The plaintiff files Notice of Voluntary Dismissal with Prejudice of Defendants

Headstart Warrany Group LLC, and AIM AI LLC d/b/a Safeguard My Car, LLC

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ *Diana Mey*
*Diana Mey*
*14 Applewood Drive*
*Wheeling WV  26003*
*(304) 280-1607*
*diana_mey@comcast.net*

*Plaintiff Pro Se*

Dated:  June 30, 2026